

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00092-CV

ANDRA MILLER, AS INDEPENDENT
EXECUTRIX OF ESTATE OF
RONALD MILLER,

                                                                              **Appellant**

 **v.**

**KILMARNOCK OIL COMPANY, INC.,**

                                                                              **Appellee**

**From the County Court
Navarro County, Texas
Trial Court No. CV10232**

## MEMORANDUM  OPINION

Appellant has filed a "Notice of Agreement to Dismiss Appeal." Appellee indicates its agreement by the signature of its counsel. Appellant indicates that the parties have reached an agreement to settle their differences and that the parties have agreed that all costs should be assessed against the party incurring the same. Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. In light of the parties' agreement, this appeal is dismissed.

PER CURIAM

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Appeal dismissed
Opinion delivered and filed October 27, 2021
[CV06]

